# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIA DE JESUS MAJANO-VIGIL (1),<br>ANNER ABISAI MAJANO-VIGIL (2),<br><br>Defendants. | Case No. 22CR00394-CAB<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Cathy Ann Bencivengo |
|---|---|

Good cause having been shown,

**IT IS HEREBY ORDERED** the United States' Motion to Dismiss the Indictment without Prejudice is **GRANTED**. It is the judgment of the Court the Indictment is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  5/27/2022

_____
HON. CATHY ANN BENCIVENGO
United States District Judge